**Order entered August 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00379-CR

**PEDRO RANGEL JR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F12-31321-Y**

## ORDER

The Court **REINSTATES** the appeal.

On August 6, 2014, we ordered the trial court to make findings regarding why the reporter's record had not been filed. We have now received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the August 6, 2014 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/      LANA MYERS
          JUSTICE